**BAUTE CROCHETIERE HARTLEY & McCOY LLP**
MICHAEL J. HARTLEY (State Bar No. 189375)
mhartley@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
*National Union Fire Insurance Company of Pittsburgh, Pa.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, an individual<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and DOES 1 through 50,<br><br>Defendants. | Case No. 5:23-cv-00759 SSS (SHKx)<br>Hon. Sunshine S. Sykes<br><br>**JOINT NOTICE OF SETTLEMENT** |

351387.1

Case No. 5:23-cv-00759 SSS (SHKx)

**JOINT NOTICE OF SETTLEMENT**

# JOINT NOTICE OF SETTLEMENT

Plaintiff William Marshall ("Plaintiff") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") give notice that the parties have reached a resolution in this case. The parties anticipate that they will be able to finalize the terms of the settlement agreement within the next sixty (60) days. The parties will file a stipulation of dismissal with prejudice once the settlement documents are finalized and executed.

The parties request that all currently scheduled deadlines, including National Union's September 25, 2023 deadline to respond to the First Amended Complaint and Plaintiff's deadline to move to substitute the estate as the proper plaintiff in this matter, be vacated.

DATED: September 22, 2023   **BAUTE CROCHETIERE HARTLEY & McCOY LLP**

By: ___/s/ Michael J. Hartley___
Michael J. Hartley
Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

DATED: September 22, 2023   **GIBBS & FUERST LLP**

By: ___/s/ Russell S. Fuerst___
Russell S. Fuerst
Attorneys for Plaintiff William Marshall

I, Michael J. Hartley, am the ECF user whose identification and password are being used to file the instant document. Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all other signatories listed on this document on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

___/s/ Michael J. Hartley___
Attorney for Defendant
National Union Fire Insurance Company of Pittsburgh, Pa.

351387.1