**BAUTE CROCHETIERE HARTLEY & McCOY LLP**
MICHAEL J. HARTLEY (State Bar No. 189375)
mhartley@bautelaw.com
COURTNEY A. PALKO (State Bar No. 233822)
cpalko@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM MARSHALL, an individual<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and DOES 1 through 50,<br><br>Defendants. | Case No. 5:23-cv-00759 SSS (SHKx)<br><br>Judge: Hon. Sunshine S. Sykes<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the above-captioned action is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

DATED:  November 27, 2023    **BAUTE CROCHETIERE HARTLEY & McCOY LLP**

By: _____/s/ Michael J. Hartley_____
Michael J. Hartley
Attorneys for Defendant
National Union Fire Insurance Company of Pittsburgh, Pa.

DATED:  November 27, 2023    **GIBBS & FUERST LLP**

By: _____/s/ Russell S. Fuerst_____
Russell S. Fuerst
Attorneys for Plaintiff

I, Michael J. Hartley, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all other signatories listed on this document on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Michael J. Hartley
Attorney for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.